No. 84–465. BLACK, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS AND HUMAN RESOURCES, ET AL. *v.* ROMANO. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮▮▮

No. 84–501. MINTZES, WARDEN *v.* BUCHANON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮▮▮

No. 83–1903. MORRIS MECHANICAL ENTERPRISES, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮▮▮

No. 83–2081. SIGMOND *v.* UNITED STATES;
No. 83–6929. BARNES *v.* UNITED STATES; and
No. 83–6952. CASE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: Nos. 83–2081 and 83–6929, 734 F. 2d 8; No. 83–6952, 734 F. 2d 3.

No. 83–6774. SOONG *v.* HOFSTRA UNIVERSITY. C. A. 2d Cir. Certiorari denied. ▮▮▮

No. 83–6792. JONES *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–6874. GARRETT *v.* OKLAHOMA. Sup. Ct. Okla. Certiorari denied.

No. 83–6903. MADELEY *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–6953. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮

No. 83–6964. THROCKMORTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–7009. ZAVOLTA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮▮▮